■ JOSEPH N. MORAY, Appellant, v DBAG, INC., Respondent. [812 NYS2d 362]—In an action, inter alia, for specific performance of a contract for the sale of real property, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Westchester County (Nastasi, J.), dated October 20, 2004, as granted that branch of the defendant's motion which was for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

In opposition to the defendant's prima facie demonstration of entitlement to judgment as a matter of law dismissing the complaint, the plaintiff failed to raise a triable issue of fact (*see Zuckerman v City of New York,* 49 NY2d 557, 562 [1980]). Thus, the Supreme Court properly granted that branch of the defendant's motion which was for summary judgment dismissing the complaint. Miller, J.P., Ritter, Spolzino and Dillon, JJ., concur.